Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jousiawu J. Jones presents arguments that he concedes are foreclosed by *United States v. Daugherty,* 264 F.3d 513, 518 (5th Cir.2001), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Javier ROSALES, Defendant–Appellant.**

No. 10–10624
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 16, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Michael Curtis Lowe, Law Offices of Michael Lowe, Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney retained to represent Javier Rosales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Rosales has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rosales's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

William Reynolds Biggs, Assistant Federal Public Defender, Richard Alan Anderson, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

The Federal Public Defender appointed to represent Jose Ines Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Garcia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

